DF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
ANNUITY, PENSION, WELFARE and TRAINING : 11-CV-5323 (ARR) (RLM)
FUNDS OF THE INTERNATIONAL UNION OF :
OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO, : NOT FOR ELECTRONIC
et al., : OR PRINT PUBLICATION
:
     Plaintiffs, : ORDER
:
 -against- :
:
BEDROC GROUP LLC, :
:
     Defendant. :
:
---------------------------------------------------------------- X

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated November 8, 2012, from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

  Plaintiff's motion for a default judgment is therefore denied without prejudice, and the case is dismissed for lack of subject matter jurisdiction.

  SO ORDERED.        /s/(ARR)

                     _____
                     Allyne R. Ross
                     United States District Judge

Dated:   January 2, 2012
       Brooklyn, New York